```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIKHS FOR JUSTICE; SINGH; and KAUR,

                Plaintiff,

-against-

BHAGWANT MANN, BANWARILAL PUROHIT; and GAURAV YADAV,

                Defendants.

23 Civ. 2578 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 10, 2023, the Court ordered Plaintiffs *pro se* Singh and Kaur to inform the Court of the county and state in which they reside by May 10, 2023. ECF No. 4. Plaintiffs did not file their submissions. On May 22, 2023, the Court extended the deadline *sua sponte* to June 5, 2023. ECF No. 5. Plaintiffs again failed to file their submissions. Accordingly, by **July 5, 2023**, Plaintiffs shall inform the Court of the county and state in which they reside. Failure to do so will result in dismissal for failure to comply with a Court order and failure to prosecute this case under Federal Rule of Civil Procedure 41(b).

    The Clerk of Court is directed to mail a copy of this order to Plaintiffs *pro se*.

    SO ORDERED.

Dated: June 7, 2023
       New York, New York

                                              ANALISA TORRES
                                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

Write the first and last name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

Write the first and last name of each defendant or respondent.

# DECLARATION

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment," or "in Response to Order to Show Cause."

I, _____ , declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Rev. 10/3/16

2

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attach additional pages and documents if necessary.

| | |
|---|---|
| _____ | _____ |
| Executed on (date) | Signature |
| _____ | _____ |
| Name | Prison Identification # (if incarcerated) |
| _____ | _____ |
| Address | City           State       Zip Code |
| _____ | _____ |
| Telephone Number (if available) | E-mail Address (if available) |

Page 2



Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal District Court for the Southern District Of New York

> The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys, law students and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic does not provide full representation. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

## To Contact the Clinic:

Call (212) 659-6190 or complete our online intake form (found here: https://tinyurl.com/NYLAG-ProSe-OI). A staff member will contact you within a few business days.

Those looking for assistance can also contact the clinic at the kiosk located across the hall from the pro se clinic office in the courthouse.

**At this time, the clinic offers remote consultations only. Requests for in-person appointments will be reviewed on a case-to-case basis.**

## Location and Hours:

Thurgood Marshall United States Courthouse

> Room LL22
> 40 Foley Square
> New York, NY 10007
> (212) 659 6190
>
> Open weekdays
> 10 a.m. – 4 p.m.
> Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.

a beneficiary of
UJA Federation of New York